EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
CHIEF/NARCOTICS SECTION

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
constance.hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2003

at 3 o'clock and 30 min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL REILLY,<br><br>    Defendant. | CR. NO. CR03-00232 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(B)] |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about March 6, 2002, in the District of Hawaii, defendant MICHAEL REILLY knowingly and intentionally distributed five (5) grams or more of methamphetamine, its salts,

SEALED
BY ORDER OF THE COURT

isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 2

The Grand Jury further charges that:

On or about March 19, 2002, in the District of Hawaii, defendant MICHAEL REILLY knowingly and intentionally distributed five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: May ___, 2003, at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief/Narcotics Section

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney

United States v. Michael Reilly
Cr. No. _____
"Indictment"

2