# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 03-00232DAE

CASE NAME:        USA vs. MICHAEL REILLY

ATTYS FOR PLA:    Michael K. Kawahara

ATTYS FOR DEFT:   Birney Bervar

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 1/12/2006 | TIME: | 1:46-1:47 |

COURT ACTION:  EP: Status Conference Re: Competency Evaluation - Defendant not present, presence waived.  Report not completed.

Status Conference Re: Competency Evaluation is continued 10:00 2/3/06, KSC.

Submitted by: Warren N. Nakamura, Courtroom Manager