# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/3/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR03-00232DAE

CASE NAME:         USA v. Michael Reilly

ATTYS FOR PLA:     Michael Kawahara

ATTYS FOR DEFT:    Birney Bervar

INTERPRETER:

|   |   |   |   |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/3/2006 | TIME: | 10:10:46-10:17:40am |

COURT ACTION:  EP: Status Conference Re: Competency Evaluation - defendant's presence waived.

Counsel have received Dr. Robert Lucking's report dated 1/26/06.  Said report will be made a part of the record/file.

Mr. Bervar requests for return of his client to this district and thereafter setting a competency hearing with defendant present.

Mr. Kawahara to prepare an order directing the US Marshal's office to transport defendant back to this district for a Further Competency Hearing.  The US Marshal's shall be made aware of the medications defendant is taking such that the marshal's will be provided with the medications defendant needs to take in the course of his transport.

Further Competency Hearing set 3/9/06 at 10:30am before Judge Kurren

Submitted by: Shari Afuso, Courtroom Manager