EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA      1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-0232DAE |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING THE RETURN |
| | ) | OF DEFENDANT TO THIS DISTRICT |
| VS. | ) | FOR MENTAL COMPETENCY HEARING |
| | ) | |
| MICHAEL REILLY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AUTHORIZING THE RETURN OF DEFENDANT
TO THIS DISTRICT FOR MENTAL COMPETENCY HEARING**

Based upon that psychiatric evaluation of defendant above-named dated January 26, 2005, it is hereby ordered that defendant be returned back from FCC Butner, North Carolina, to this District for a mental competency hearing to be held on March 9, 2006 at 10:00 a.m. before Magistrate Judge Barry M. Kurren.

In addition, as also indicated in the psychiatric evaluation, because defendant's continuing competency in large measure is based upon him taking his prescribed medication, the

Marshal's Service is requested to insure that he has adequate supplies thereof to cover his transit period back to this District.

    IT IS SO ORDERED.

    Dated: Honolulu, Hawaii, February 6, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

<u>USA v. Reilly</u>, USDC-Hawaii Cr. No. 03-0232DAE, Order Authorizing the Return of Defendant to this District for Mental Competency Hearing.