GORDON & REES, LLP

RUSSELL P. BROWN    (California Bar No. 084505)
1100 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 696-6700
E-mail: rbrown@gordonrees.com

BRYAN Y.Y. HO        3962-0
Suite 909, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 541-9799
E-mail: bryanho@admiraltyattys.com

Attorneys for Plaintiffs, GREAT LAKES
REINSURANCE, ING INSURANCE, SA,
and GOTHAER VERSICHERUNGEN AG

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| GREAT LAKES REINSURANCE, ING INSURANCE, SA, and GOTHAER VERSICHERUNGEN AG | ) CIV. NO. CV05-00251 DAE/LEK<br>)<br>) STIPULATION TO DISMISS<br>) PLAINTIFFS' COMPLAINT AS<br>) TO DEFENDANT, ROYAL |
| Plaintiffs | ) MARINE INSURANCE GROUP,<br>) WITHOUT PREJUDICE; AND<br>) ORDER |
| vs. | ) |
| BLUE DOLPHIN CHARTERS, LTD., TERRENCE DONNELLY, ROYAL MARINE INSURANCE GROUP, MATT ISHAM, DENNIS CLAYPOOL, and DOES 1-50 | ) Trial Date: November 28, 2006<br>) Time: 9:00 a.m.<br>) Judge: Hon. David A. Ezra<br>) |
| Defendants. | )<br>)<br>) |

GREATLAKES\011

STIPULATION TO DISMISS PLAINTIFFS'
COMPLAINT AS TO DEFENDANT, ROYAL
MARINE INSURANCE GROUP, WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is stipulated by and between Plaintiffs, GREAT LAKES REINSURANCE, ING INSURANCE, SA, and GOTHAER VERSICHERUNGEN AG (jointly "Plaintiffs"), Defendants, BLUE DOLPHIN CHARTERS, LTD., TERRENCE DONNELLY (jointly "BDC") and ROYAL MARINE INSURANCE GROUP ("RMIG"), through their undersigned counsel, that all claims asserted by Plaintiffs against RMIG can and hereby are dismissed without prejudice, all parties to bear their own attorneys' fees and costs.

This stipulation is only a partial dismissal of the claims pending in the litigation. There are additional ongoing claims pending resolution by and between BDC and RMIG.

DATED: Honolulu, Hawaii; March ___, 2006.

APPROVED AS TO FORM AND CONTENT:


/s/ ROBERT F. MILLER

Attorney for Defendants, BLUE DOLPHIN
CHARTERS, LTD. and TERRENCE
DONNELLY

/s/ WESLEY W. ICHIDA

Attorneys for Defendants, ROYAL MARINE
INSURANCE GROUP

/s/ BRYAN Y.Y. HO

Attorneys for Plaintiffs, GREAT LAKES
REINSURANCE, ING INSURANCE, SA, AND
GOTHAER VERSICHERUNGEN AG

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, March 10, 2006.



_____
David Alan Ezra
United States District Judge

_____

*Great Lakes Reinsurance, et al. v. Blue Dolphin Charters, Ltd., et al.*, Civ. No. CV05-00251 DAE/LEK; Stipulation to Dismiss Plaintiffs' Complaint As To Defendant, Royal Marine Insurance Group, Without Prejudice; and Order.